**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Brooklyn Roasting Works, LLC** | |

| | | | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Brooklyn Roasting Company** | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3277418** |

4. **Debtor's address**

**Principal place of business**

**63 Flushing Ave, Building 123**
**Brooklyn Navy Yard**
**Brooklyn, NY 11205**
Number, Street, City, State & ZIP Code

**Kings**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Brooklyn Roasting Works, LLC**     Case number (if known) _____
Name

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor **See Attachment** _____ Relationship _____

District _____ When _____ Case number, if known _____

| Debtor | **Brooklyn Roasting Works, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Brooklyn Roasting Works, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 21, 2020**
MM / DD / YYYY

**X** **/s/ Thomas D Potter**                                    **Thomas D Potter**
Signature of authorized representative of debtor            Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Tracy L. Klestadt**                    Date **October 21, 2020**
Signature of attorney for debtor                       MM / DD / YYYY

**Tracy L. Klestadt**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036-7203**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 972-3000**        Email address    **tklestadt@klestadt.com**

**2089985 NY**
Bar number and State

| Debtor | **Brooklyn Roasting Works, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (*if known*) _____   Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **BRC Powerplant 45 Washington, LLC** | Relationship to you | **Subsidiary** |
|---|---|---|---|
| District | **Eastern District of New York** | When | Case number, if known | |
| Debtor | **BRC Powerplant Building 123, LLC** | Relationship to you | **Subsidiary** |
| District | **Eastern District of New York** | When | Case number, if known | |
| Debtor | **BRC Powerplant, LLC** | Relationship to you | **Subsidiary** |
| District | **Eastern District of New York** | When | Case number, if known | |
| Debtor | **Brooklyn Roasting Company Powerplant, LLC** | Relationship to you | **Subsidiary** |
| District | **Eastern District of New York** | When | Case number, if known | |

**Brooklyn Roasting Company**
## Profit & Loss
### January through September 2020

# Brooklyn Roasting Company
## Profit & Loss
*1/1/20 - 9/30/20*

|  | YTD 2020 1/1/20 - 9/30/20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Retail** | |
| **Cafe Sales** | |
| Coffee | 739,936.55 |
| Food, Merchandise and Misc. | 632,067.18 |
| **Total Cafe Sales:** | 1,372,003.73 |
| **Special Events** | 33,108.99 |
| **Internet Sales** | 428,860.33 |
| **Total Retail:** | 1,833,973.05 |
| **Wholesale** | |
| Wholesale Coffee Sales | 1,843,108.57 |
| Equipment | 48,750.37 |
| Service & Repairs | 18,432.47 |
| **Total Wholesale:** | 1,910,291.41 |
| **Total Income:** | 3,744,264.46 |
| | |
| **Cost of Goods Sold** | |
| Café Coffee Cost | 175,601.55 |
| Other Cafe Direct Coss | 349,998.67 |
| Production Cost | 992,272.06 |
| Wholesale Equipment Cost | 74,527.40 |
| Profit on Internal Coffee Sales | (59,109.31) |
| **Total Cost of Goods Sold:** | 1,533,290.37 |
| **Gross Profit** | 2,210,974.09 |
| | |
| **Expenses** | |
| **General & Administrative Expenses** | |
| Utilities | 134,900.03 |
| Rent | 911,531.64 |
| Other General & Administrative | 705,356.20 |
| **Total General Administrative Expense** | 1,751,787.87 |
| **Marketing and Promotion** | 132,319.35 |
| **Payroll Expenses** | 1,144,632.74 |
| **Total Expense:** | 3,028,739.96 |
| | |
| **Net Ordinary Income** | (817,765.87) |
| | |
| Interest Expense | 64,523.08 |
| Other Expense | (1,950.30) |
| Extraordinary Loss - Covid Related | 3,012,622.35 |
| | |
| **Net Income** | ########### |

**Brooklyn Roasting Company**
## Statement of Cash Flows
### January through September 2020

# Brooklyn Roasting Company
## Statement of Cash Flows
*1/1/20 - 9/30/20*

| | Jan - Sep 20 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -880,338.65 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| 11000 · Accounts Receivable (BRW) | 211,538.57 |
| NSF Checks Received | 95.00 |
| 12010 · Inventory Asset:12012 · Itemized Inventory:120121 · Cafe Supply Inventory | 6,195.05 |
| 12010 · Inventory Asset:12012 · Itemized Inventory:120122 · Equipment & Accessories | 5,208.11 |
| 12010 · Inventory Asset:12012 · Itemized Inventory:120123 · Finished Goods Inventory | 27,243.26 |
| 12010 · Inventory Asset:12012 · Itemized Inventory:120124 · Green Coffee Inventory | 47,106.06 |
| 12010 · Inventory Asset:12012 · Itemized Inventory:120125 · Merchandise Inventory | -33,369.73 |
| 12010 · Inventory Asset:12012 · Itemized Inventory:120126 · Packaging Inventory | -17,456.12 |
| 12010 · Inventory Asset:12012 · Itemized Inventory:120127 · Work in Process | -6,215.83 |
| 13010 · Keg Deposits | 13,600.00 |
| 14000 · Outstanding Loans:13102 · Due From Richard Mortel | 600.00 |
| 14000 · Outstanding Loans:14010 · Due from James Munson | -9,780.21 |
| 19440 · Security Deposits | -68,000.00 |
| 19600 · Prepaid Expenses:19640 · General Liability Insurance | 294.50 |
| 21000 · Accounts Payable:21010 · BRC | 188,583.37 |
| 21000 · Accounts Payable:21020 · Credit Card | -6,740.96 |
| 20010 · Chase MasterCard (9404) | 15,009.33 |
| 20030 · American Express - 51000 | -6,760.46 |
| Sales Tax Payable- | 297.18 |
| 22210 · Sales Tax Agency Payable | 10,528.41 |
| 24000 · Payroll Liabilities | -213.00 |
| 24000 · Payroll Liabilities:24010 · ADP Accrual | -33,430.37 |
| 24000 · Payroll Liabilities:24030 · Transit Pre Tax | 453.00 |
| 24000 · Payroll Liabilities:24040 · Voided / Manual Checks | -231.11 |
| 89100 · Employee Tips Payable | 2,973.56 |
| 89200 · Gift Certificates:89210 · Gift Certificates - Redeemed | -6,434.90 |
| 89200 · Gift Certificates:89220 · Gift Certificates - Sale | 3,205.36 |
| **Net cash provided by Operating Activities** | **-536,040.58** |
| **INVESTING ACTIVITIES** | |
| 19100 · Automobiles:19140 · Ford Econoline 2012 | 23,067.05 |
| 19800 · Coffee Equipment:19812 · Bunn Brewer | -1,814.69 |
| 19800 · Coffee Equipment:19813 · Bunn Grinders | -2,892.29 |
| 19800 · Coffee Equipment:19815 · Bunn Server | -361.00 |
| 19800 · Coffee Equipment:19818 · Cold Brew Equipment | -579.00 |
| 19800 · Coffee Equipment:19823 · Fetco Brewers | -2,150.50 |
| 19800 · Coffee Equipment:19825 · Fetco Server | -2,017.65 |
| 19800 · Coffee Equipment:19837 · Retail Bins | -2,164.00 |
| 19900 · Accumulated Depreciation | -22,067.05 |

3:11 PM
10/15/20

**Brooklyn Roasting Company**
## Statement of Cash Flows
### January through September 2020

|  | Jan - Sep 20 |
|---|---|
| **Net cash provided by Investing Activities** | -10,979.13 |
| **FINANCING ACTIVITIES** |  |
| **Due to Michael Pollack** | 40,000.00 |
| **23000 · Due to (from) Michael Pollack** | -11,987.71 |
| **23003 · PPP Loan** | 726,957.00 |
| **25010 · Loan Payable - Pallet Stacker** | -2,580.21 |
| **25060 · Loan - Auto Financial** | -2,416.00 |
| **25061 · Loan - TD FInance** | -8,962.41 |
| **Net cash provided by Financing Activities** | 741,010.67 |
|  | 193,990.96 |
|  | 229,555.67 |
| **Cash at end of period** | **423,546.63** |

Brooklyn Roasting Company
Balance Sheet 9/30/20

**ASSETS**

| | | |
|---|---|---:|
| Current Assets | | |
|   Checking/Savings | | |
|     Bank Accounts | | 345,297.50 |
|     BRINKS | | (14,603.27) |
|     Paypal | | 9,429.17 |
|     Cash | | 4,559.00 |
|   Total Checking/Savings: | | 344,682.40 |
|   Accounts Receivable | | 127,918.00 |
|   Other Current Assets | | |
|     Undeposited Funds | | 72,183.83 |
|     Inventory Asset | | 48,261.00 |
|     Outstanding Loans | | - |
|     Security Deposits | | - |
|     Miscelaneous | | 5,852.98 |
|   Total Other Current Assets | | 126,297.81 |
| Total Current Assets | | 598,898.21 |
| Fixed Assets | | |
|   Machinery & Equipment | | 226,077.00 |
|   Automobiles | | 44,332.00 |
|   Coffee Equipment | | 31,883.00 |
| Total Fixed Assets | | 302,292.00 |
| Goodwill & Intangible Assets | | - |
| **TOTAL ASSETS** | $ | 901,190.21 |

**LIABILITIES & EQUITY**

| | | |
|---|---|---:|
| Liabilities | | |
|   Current Liabilities | | |
|     Total Accounts Payable | | 664,110.04 |
|     Total Credit Cards | | 67,862.26 |
|     Other Current Liabilities | | |
|       Sales Tax Payable | | 10,669.67 |
|       Payroll Liabilities | | 35,638.01 |
|       Miscellaneous | | 6,790.14 |
|     Total Other Current Liabilities | | 53,097.82 |
|   Total Current Liabilities | | 785,070.12 |
|   Long Term Liabilities | | |
|     Due to Michael Pollack (A) | | 2,125,388.59 |
|     Due to Michael Pollack (B) | | 28,448.25 |
|     Chase - PPP Loan | | 726,957.00 |
|     Loan Payable - Pallet Stacker | | 5,832.60 |
|     Loan - Auto Financial | | 14,449.09 |
|     Loan - TD FInance | | 23,619.33 |
|   Total Long Term Liabilities | | 2,924,694.86 |
| Total Liabilities | $ | 3,709,764.98 |
| Equity | | |
|   Partner's Equity | | 4,119,517.26 |
|   Retained Earnings | | (3,104,880.88) |
|   Net Income | | (3,892,961.00) |
| Total Equity | | (2,878,324.62) |
| **TOTAL LIABILITIES & EQUITY** | | 831,440.36 |

NOTES:
  Includes consolidated subsidiaries
  Assets listed at current liquidation value net of uncollectibles
  Furniture, fixtures and misc. coffee equipment at leased cafes are
    assumed to have no current value
  Deposits on leased premises are assumed to have no value

In re    **Brooklyn Roasting Works, LLC** _____    Case No. _____

Debtor(s)

# FORM 1. VOLUNTARY PETITION
## Attachment D

**Tax returns will be provided upon request.**

**Fill in this information to identify the case:**

Debtor name    **Brooklyn Roasting Works, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October 21, 2020__      *X* /s/ Thomas D Potter
                                                      Signature of individual signing on behalf of debtor

                                                      **Thomas D Potter**
                                                      Printed name

                                                      **Manager**
                                                      Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Brooklyn Roasting Works, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25 Jay Street LLC 77 Box Street Brooklyn, NY 11222 | | Rent arrears | | | | $141,206.64 |
| Basin Haulage, Inc PO Box 790058 Middle Village, NY 11379 | | Goods or services sold and delivered | | | | $250.00 |
| CLW Distributors 79 G Express Street Plainview, NY 11803 | | Goods sold and delivered | | | | $250.00 |
| Cold Brew Ventures LLC Back Bay Roasters & Brewers 10 Jewel Drive Wilmington, MA 01887 | | Goods sold and delivered | | | | $25,000.00 |
| Con Edison 4 Irving Place New York, NY 10003 | | Utility services | | | | $11,290.65 |
| JP Morgan Chase PO Box 9001022 Louisville, KY 40290-1022 | | PPP Loan | | | | $726,957.00 |
| Leibensperger Law Firm 111 John Street, Suite 2510 New York, NY 10038 | | Services sold and delivered | | | | $225.00 |
| Pain D'Avignon III Ltd. PO Box 1872 Long Island City, NY 11101 | | Goods sold and delivered | | | | $500.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Brooklyn Roasting Works, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................    $            0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................    $        778,748.70

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................    $        778,748.70

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
      Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $        43,900.60

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $            0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$        3,063,329.53

4.    **Total liabilities** ....................................................................................................................
      Lines 2 + 3a + 3b                                                                                          $        3,107,230.13

| Fill in this information to identify the case: |
| --- |
| Debtor name **Brooklyn Roasting Works, LLC** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

Part 1:       Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$4,559.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JP Morgan Chase**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | **Payroll** | **1762** | **$9,308.93** |
| 3.2. | **JP Morgan Chase**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | **Checking Account** | **2650** | **$824.38** |
| 3.3. | **JP Morgan Chase**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | **Operating** | **2966** | **$0.00** |
| 3.4. | **JP Morgan Chase**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | **Savings** | **6850** | **$0.00** |
| 3.5. | **JP Morgan Chase**<br>**PO Box 9001022**<br>**Louisville, KY 40290-1022** | **23rd Cash** | **7111** | **$68.86** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Brooklyn Roasting Works, LLC** | | Case number *(If known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

|  | JP Morgan Chase<br>PO Box 9001022 | | | | |
|---|---|---|---|---|---|
| 3.6. | Louisville, KY 40290-1022 | **Analysis Business** | **7653** | **$64,806.75** |

**4.**   **Other cash equivalents** *(Identify all)*

4.1.   **Paypal**                                                                                                **$9,429.17**

**5.**   **Total of Part 1.**                                                                              **$88,997.09**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Security Deposits**                                                                  **$185,371.63**

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**   **Total of Part 2.**                                                                            **$185,371.63**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

**11.**   **Accounts receivable**

| 11a. 90 days old or less: | **269,473.65** | - | **141,554.80** | = .... | **$127,918.85** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**                                                                          **$127,918.85**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Brooklyn Roasting Works, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** Work in Process | 9/2020 | $104,791.28 | | $0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Inventory | 9/2020 | $638,398.00 | | $48,261.00 |

23. **Total of Part 5.**    $48,261.00

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. **Office furniture** Office equipment and lease hold improvements | | Unknown | | $100.00 |
| 40. **Office fixtures** | | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Brooklyn Roasting Works, LLC**                     Case number *(If known)* _____
         <sub>Name</sub>

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                               **$100.00**
      Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Grey Promaster RAM 2019** | **$28,700.00** | **KBB** | **$28,700.00** |
| 47.2. **Nissan NV 200** | **$10,400.00** | **KBB** | **Unknown** |
| 47.3. **Black Promaster RAM 2015** | **$18,300.00** | **KBB** | **Unknown** |
| 47.4. **Audi 2016 Q5** | **$25,000.00** | **KBB** | **$25,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

| | | |
|---|---|---|
| **Coffee Equipment** | **$694,337.18** | **$31,883.00** |
| **Production Equipment** | **$1,039,966.00** | **$226,077.00** |
| **Pallet Stacker** | **$16,440.13** | **$16,440.13** |

51.   **Total of Part 8.**                                                                                               **$328,100.13**
      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Brooklyn Roasting Works, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Units 101, 103, 104, and portion of the basement at 25 Jay Street, Brooklyn, NY 11201** | Lease | $0.00 | | $0.00 |
| 55.2.  **Portion of Lobby, Annex Building, Brooklyn Army Terminal, Brooklyn, NY 11220** | Lease | Unknown | | Unknown |

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

61.    **Internet domain names and websites**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Brooklyn Roasting Works, LLC** | | Case number *(If known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |
| | **www.brooklynroasting.com** | **Unknown** | | **Unknown** | |

| 62. | **Licenses, franchises, and royalties** | | | | |
|---|---|---|---|---|---|
| | **Non-Transferable Licenses and Permits** | **Unknown** | | **Unknown** | |

| 63. | **Customer lists, mailing lists, or other compilations** | | |
|---|---|---|---|
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |
| | **Goodwill** | **$0.00** | **$0.00** |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor   **Brooklyn Roasting Works, LLC**                                   Case number *(If known)* _____
        Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $88,997.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $185,371.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $127,918.85 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $48,261.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $328,100.13 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $778,748.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $778,748.70 |

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Brooklyn Roasting Works, LLC** |
| United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1**  **Audi Financial Services**<br>Creditor's Name<br><br>**PO Box Financial Services**<br>**Carol Stream, IL**<br>**60197-5215**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Audi 2016 Q5**<br><br><br>Describe the lien | $14,449.00 | $25,000.00 |

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**3594**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
| --- | --- | --- | --- |
| **2.2**  **TD Bank**<br>Creditor's Name<br><br>**PO Box 9223**<br>**Farmington Hills, MI 48333**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Grey Promaster RAM 2019**<br><br><br>Describe the lien | $23,619.00 | $28,700.00 |

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**5629**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | **Brooklyn Roasting Works, LLC** | | Case number (if known) | |
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Wells Fargo** | |
| | Creditor's Name | |

Describe debtor's property that is subject to a lien
**Pallet Stacker**

$5,832.60          $16,440.13

**PO Box 1433**
**Des Moines, IA 50306-1433**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9001**

Do multiple creditors have an interest in the same property?
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $43,900.60

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Brooklyn Roasting Works, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**25 Jay Street LLC**<br>**77 Box Street**<br>**Brooklyn, NY 11222**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Rent arrears**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$141,206.64** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Basin Haulage, Inc**<br>**PO Box 790058**<br>**Middle Village, NY 11379**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods or services sold and delivered**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$250.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**CLW Distributors**<br>**79 G Express Street**<br>**Plainview, NY 11803**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods sold and delivered**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$250.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Cold Brew Ventures LLC**<br>**Back Bay Roasters & Brewers**<br>**10 Jewel Drive**<br>**Wilmington, MA 01887**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Goods sold and delivered**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$25,000.00** |

Debtor __Brooklyn Roasting Works, LLC__     Case number (if known) _____

Name

| | |
|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** |

**3.5**

**Nonpriority creditor's name and mailing address**
**Con Edison**
**4 Irving Place**
**New York, NY 10003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility services__

Is the claim subject to offset? ■ No ☐ Yes

**$11,290.65**

---

**3.6**

**Nonpriority creditor's name and mailing address**
**JP Morgan Chase**
**PO Box 9001022**
**Louisville, KY 40290-1022**

Date(s) debt was incurred __

Last 4 digits of account number __9013__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __PPP Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$726,957.00**

---

**3.7**

**Nonpriority creditor's name and mailing address**
**Leibensperger Law Firm**
**111 John Street, Suite 2510**
**New York, NY 10038**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services sold and delivered__

Is the claim subject to offset? ■ No ☐ Yes

**$225.00**

---

**3.8**

**Nonpriority creditor's name and mailing address**
**Michael Pollack**
**55 Hudson Street, 8A**
**New York, NY 10013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$32,261.65**

---

**3.9**

**Nonpriority creditor's name and mailing address**
**Michael Pollack**
**55 Hudson Street, 8A**
**New York, NY 10013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

**$2,125,388.59**

---

**3.10**

**Nonpriority creditor's name and mailing address**
**Pain D'Avignon III Ltd.**
**PO Box 1872**
**Long Island City, NY 11101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods sold and delivered__

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

            **Total of claim amounts**

---

| Debtor | **Brooklyn Roasting Works, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

|  | | | | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | | 5b. + | $ | **3,063,329.53** |
| | | | | |
| **5c. Total of Parts 1 and 2** | | 5c. | $ | **3,063,329.53** |
| Lines 5a + 5b = 5c. | | | | |

**Fill in this information to identify the case:**

Debtor name **Brooklyn Roasting Works, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Units 101, 103, 104, and portion of the basement at 25 Jay Street, Brooklyn, NY 11201 - April 1, 2015 - March 31, 2022** |
| State the term remaining | **March 31, 2022** |
| List the contract number of any government contract | **25 Jay Street LLC**<br>**77 Box Street**<br>**Brooklyn, NY 11222** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Sale Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Atlas Coffee Imports, Inc.**<br>**201 N 85th Street**<br>**Seattle, WA 98103** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Sale Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Keffa Coffee Inc.**<br>**7 S High St**<br>**Baltimore, MD 21202** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Portion of Lobby, Annex Building, Brooklyn Army Terminal, Brooklyn, NY 11220 - February 1, 2020 - January 31, 2025** |
| State the term remaining | **January 31, 2025** |
| | **New York City Economic Development Corp.**<br>**One Liberty Plaza**<br>**New York, NY 10006** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Brooklyn Roasting Works, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Sale Contract** | |
|---|---|---|---|
| | State the term remaining | | **RGC Coffee** |
| | List the contract number of any government contract _____ | | **1330 Greene Avenue, 2nd Floor**<br>**Westmount, Quebec H3Z 2B1** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **COVID-19 Contract Adjustment** | |
|---|---|---|---|
| | State the term remaining | | **Royal New York** |
| | List the contract number of any government contract _____ | | **661 Hadley Road**<br>**South Plainfield, NJ 07080** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Landed and Forward Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Sustainable Harvest Coffee Imports** |
| | List the contract number of any government contract _____ | | **322 NW 8th Ave**<br>**Portland, OR 97209** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Brooklyn Roasting Works, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Michael Pollack** | **"Good guy" guaranty of lease obligations** | **25 Jay LLC** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |

| Fill in this information to identify the case: |
|---|

Debtor name    **Brooklyn Roasting Works, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$3,744,264.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$10,334,860.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$9,760,423.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Brooklyn Roasting Works, LLC**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **American Express Card**<br>PO Box 1270<br>Newark, NJ 07101 | 8/11/2020,<br>9/11/2020,<br>10/13/2020,<br>10/15/2020 | $12,218.45 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Atlas Coffee Importers, Inc**<br>201 North 85th Street<br>Seattle, WA 98103 | 7/21/2020,<br>8/6/2020,<br>8/17/2020,<br>9/30/2020,<br>10/5/2020,<br>10/14/2020 | $33,112.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Bear Dallis Financial Management LLC**<br>505 Court Street, 2E<br>Brooklyn, NY 11231 | 8/6/2020,<br>9/10/2020,<br>10/5/2020 | $20,440.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Chase Business Card**<br>**Cardmember Service**<br>PO Box 1423<br>Charlotte, NC 28201-1423 | 7/15/2020,<br>8/4/2020.<br>8/21/2020,<br>10/13/2020,<br>10/15/2020 | $131,405.79 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Cold Brew Ventures LLC**<br>**Back Bay Roasters & Brewers**<br>10 Jewel Drive<br>Wilmington, MA 01887 | 7/21/2020,<br>7/30/2020,<br>8/6/2020,<br>8/17/2020,<br>8/21/2020.<br>9/1/2020,<br>9/10/2020 | $10,894.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Five Star Label**<br>5651 56th Drive<br>Maspeth, NY 11378 | 7/30/2020,<br>8/6/2020,<br>9/10/2020,<br>10/5/2020 | $8,006.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Flushing Brooklyn Inc**<br>42 Washington Ave<br>Maspeth, NY 11378 | 7/21/2020,<br>7/30/2020,<br>8/17/2020,<br>9/1/2020,<br>10/8/2020 | $18,830.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Independent Can Company**<br>1300 Brass Mill Road<br>Belcamp, MD 21017-1211 | 7/30/2020,<br>9/1/2020,<br>10/14/2020,<br>10/15/2020 | $39,590.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Brooklyn Roasting Works, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Imperial Bag & Paper Co LLC**<br>**221 US Highway 1 & 9**<br>**Jersey City, NJ 07306-6705** | **7/21/2020,**<br>**7/30/2020,**<br>**8/6/2020,**<br>**8/21/2020,**<br>**9/1/2020,**<br>**9/10/2020,**<br>**9/25/2020,**<br>**10/5/2020,**<br>**10/14/2020,**<br>**10/15/2020** | **$22,795.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Keffa Coffee**<br>**1001 Cromwell Bridge Rd, Suite 106**<br>**Towson, MD 21286** | **7/21/2020,**<br>**8/6/2020,**<br>**9/25/2020,**<br>**10/14/2020** | **$20,832.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Klestadt Winters Jureller Southard**<br>**& Stevens, LLP**<br>**200 West 41st Street, 17th Floor**<br>**New York, NY 10036** | **7/21/2020,**<br>**10/19/2020** | **$58,585.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12. **LaRon Batchelor Passport Food &**<br>**Beverage**<br>**8550 Forest Parkway - 5E**<br>**Woodhaven, NY 11421** | **7/15/2020,**<br>**8/17/2020,**<br>**9/25/2020** | **$14,029.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Liberty Mutual Insurance**<br>**PO Box 188025**<br>**Fairfield, OH 45018-8025** | **8/11/2020,**<br>**9/11/2020,**<br>**10/11/2020** | **$23,216.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **North Atlantic Specialty Bag**<br>**Ellen Donnegan**<br>**929 Neversink Street**<br>**Reading, PA 19606** | **6/4/2020,**<br>**6/10/2020,**<br>**6/18/2020,**<br>**6/26/2020,**<br>**8/17/2020** | **$12,699.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **NYS Sales Tax**<br>**Bankruptcy Section**<br>**PO Box**<br>**Albany, NY 12205-0300** | **7/21/2020,**<br>**8/20/2020,**<br>**9/18/2020** | **$20,151.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |

Debtor    **Brooklyn Roasting Works, LLC**                                   Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16. | **Oxford Health Plans**<br>**Po Box 29135**<br>**Hot Springs National Park, AR 71903** | **7/24/2020,**<br>**8/17/2020,**<br>**10/5/2020** | **$27,772.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.17. | **Royal Coffe NY Inc**<br>**Andrew Blyth**<br>**180 Raritan Center Pkwy, 207**<br>**Edison, NJ 08837** | **7/28/2020,**<br>**8/6/2020,**<br>**8/17/2020,**<br>**9/1/2020,**<br>**9/10/2020,**<br>**9/25/2020,**<br>**10/5/2020,**<br>**10/15/2020** | **$155,324.62** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Shalom International**<br>**8 Nicholas Court, Suite B**<br>**Dayton, NJ 08810** | **7/15/2020,**<br>**7/21/2020** | **$5,940.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **Sustainable Harvest Inc**<br>**322 NW 8th Avenue**<br>**Portland, OR 97209** | **7/30/2020,**<br>**8/17/2020,**<br>**9/1/2020,**<br>**9/25/2020,**<br>**10/5/2020,**<br>**10/15/2020** | **$25,763.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **Michael Pollack**<br>**55 Hudson Street, 8A**<br>**New York, NY 10013** | **8/6/2020,**<br>**9/2/2020,**<br>**10/14/2020** | **$20,098.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Interest payment on**<br>**unsecured loan** |
| 3.21. | **Con Edison**<br>**4 Irving Place**<br>**New York, NY 10003** | **7/28/2020,**<br>**8/21/2020,**<br>**10/14/2020** | **$34,913.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **Pain D'Avignon III**<br>**P.O. Box 1872**<br>**Long Island City, NY 11101** | **7/21/2020,**<br>**7/30/2020,**<br>**8/21/2020,**<br>**9/10/2020,**<br>**10/5/2020,**<br>**10/15/2020** | **$24,113.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Brooklyn Roasting Works, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.23. **GMC Master Tenants, LLC**<br>**63 Flushing Avenue Bldg 292, Unit 300**<br>**Brooklyn, NY 11205** | **8/28/2020,**<br>**10/5/2020** | **$80,779.33** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.24. **Industry Coffee Works**<br>**56-75 49th Street**<br>**Maspeth, NY 11378** | **7/21/2020,**<br>**7/30/2020,**<br>**8/6/2020** | **$8,231.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. **8 Spruce Street LLC** | **8/3/2020,**<br>**9/2/2020,**<br>**10/2/2020** | **$16,251.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. **Big Geyser Inc**<br>**57-65 48th Street**<br>**Maspeth, NY 11378** | **8/6/2020,**<br>**8/17/2020,**<br>**8/21/2020,**<br>**9/1/2020,**<br>**10/5/2020,**<br>**10/14/2020** | **$7,113.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. **CLW Distributors**<br>**79 G Express Street**<br>**Plainview, NY 11803** | **7/21/2020,**<br>**7/30/2020,**<br>**8/6/2020,**<br>**8/17/2020,**<br>**8/21/2020,**<br>**9/10/2020,**<br>**9/21/2020,**<br>**9/25/2020,**<br>**10/5/2020,**<br>**10/15/2020** | **$10,590.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **Exp Corp Distributor USA** | **8/31/2020** | **$12,180.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. **Fetco**<br>**600 Rose Road**<br>**Lake Zurich, IL 60047-0429** | **7/30/2020,**<br>**8/6/2020,**<br>**9/10/2020,**<br>**10/5/2020** | **$12,772.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Brooklyn Roasting Works, LLC** _____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.30 **RGC Coffee Inc**<br>**1330 Avenue Gree, 2nd Floor**<br>**Westmount, Quebec, H3Z 2B1** | **7/21/2020,**<br>**9/1/2020,**<br>**9/25/2020,**<br>**10/5/2020** | **$10,147.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **James Munson**<br><br>**Member and Director** | **See attachment** | **$174,331.81** | **Salary** |
| 4.2. **Thomas D Potter**<br><br>**Manager** | **5/22/2020,**<br>**5/29/2020,**<br>**6/5/2020,**<br>**6/12/2020,**<br>**6/19/2020,**<br>**6/26/2020,**<br>**7/3/2020,**<br>**7/10/2020,**<br>**7/17/2020,**<br>**7/24/2020,**<br>**7/31/2020,**<br>**8/7/2020,**<br>**8/14/2020,**<br>**8/21/20,**<br>**9/11/2020,**<br>**9/18/2020,**<br>**9/25/2020,**<br>**10/9/2020,**<br>**10/16/2020** | **$20,500.00** | **Salary** |
| 4.3. **Michael Pollack**<br>**55 Hudson Street, 8A**<br>**New York, NY 10013**<br>**Member and Director** | **11/1/2019,**<br>**12/2/2019,**<br>**1/6/2020,**<br>**1/31/2020,**<br>**2/28/2020,**<br>**5/4/2020,**<br>**6/10/2020,**<br>**6/26/2020,**<br>**7/30/2020,**<br>**8/17/2020,**<br>**9/25/2020,**<br>**10/14/2020** | **$21,126.95** | **Interest and principal payments** |

| Debtor | **Brooklyn Roasting Works, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4. **Michael Pollack**<br>**55 Hudson Street, 8A**<br>**New York, NY 10013**<br>**Member and Director** | **10/18/2019,<br>10/25/2019,<br>11/1/2019,<br>11/8/2019,<br>11/15/2019,<br>11/22/2019,<br>11/29/2019,<br>12/6/2019,<br>12/13/2019,<br>12/20/2019,<br>12/27/2019,<br>1/3/2020,<br>1/10/2020,<br>1/17/2020,<br>1/24/2020,<br>1/31/2020,<br>2/7/2020,<br>2/14/2020,<br>2/21/2020,<br>2/28/2020,<br>3/6/2020,<br>3/13/2020,<br>3/20/2020,<br>3/27/2020,<br>5/1/2020,<br>5/8/2020,<br>5/15/2020,<br>5/22/2020,<br>5/29/2020,<br>6/5/2020,<br>6/12/2020,<br>6/19/2020,<br>626/2020,<br>7/2/2020** | **$65,278.54** | **Salary** |
| 4.5. **Michael Pollack**<br>**55 Hudson Street, 8A**<br>**New York, NY 10013**<br>**Member and Director** | **10/1/2019,<br>10/29/2019,<br>12/2/2019,<br>1/3/2020,<br>1/31/2020,<br>3/8/2020,<br>3/31/2020,<br>5/4/2020,<br>6/10/2020,<br>7/10/2020,<br>8/6/2020,<br>9/2/2020,<br>10/14/2020** | **$89,056.41** | **Interest payments on loans** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy |

|

| Debtor | **Brooklyn Roasting Works, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---
### Part 3:   Legal Actions or Assignments
---

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---
### Part 4:   Certain Gifts and Charitable Contributions
---

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---
### Part 5:   Certain Losses
---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---
### Part 6:   Certain Payments or Transfers
---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor   **Brooklyn Roasting Works, LLC**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Klestadt Winters Jureller et al. 200 West 41 Street 17th floor New York, NY 10036-7203** | | **7/22/2020 $25,000 10/19/2020 $33,585** | **$58,585.00** |
| | Email or website address _____ | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor   **Brooklyn Roasting Works, LLC**                     Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Melitta** | | **FSU 601 Packaging System** | **$80,000.00** |

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    **Brooklyn Roasting Works, LLC**                                Case number *(if known)*

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Bear Dallis Financial Management LLC** **David Bear Dallis** **505 Court Street, 2E** **Brooklyn, NY 11231** | |
| 26a.2.  **Silverman Linden LLP** **Alex Linden** **1500 Broadway, Suite 903** **New York, NY 10036** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | **Brooklyn Roasting Works, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.　**Jurhidy Rodriguez Tavarez**<br>**9265 Shore Road, 3H**<br>**Brooklyn, NY 11209** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **James Munson** | **174,331.81** | **See attachment** | **Salary** |
| | Relationship to debtor<br>**Member and Director** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Brooklyn Roasting Works, LLC**                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Thomas D Potter** | **$20,500.00** | **5/22/2020, 5/29/2020, 6/5/2020, 6/12/2020, 6/19/2020, 6/26/2020, 7/3/2020, 7/10/2020, 7/17/2020, 7/24/2020, 7/31/2020, 8/7/2020, 8/14/2020, 8/21/20, 9/11/2020, 9/18/2020, 9/25/2020, 10/9/2020, 10/16/2020** | **Salary** |
| | Relationship to debtor **Manager** | | | |
| 30.3. | **Michael Pollack 55 Hudson Street, 8A New York, NY 10013** | **$65,278.54** | **10/18/2019, 10/25/2019, 11/1/2019, 11/8/2019, 11/15/2019, 11/22/2019, 11/29/2019, 12/6/2019, 12/13/2019, 12/20/2019, 12/27/2019, 1/3/2020, 1/10/2020, 1/17/2020, 1/24/2020, 1/31/2020, 2/7/2020, 2/14/2020, 2/21/2020, 2/28/2020, 3/6/2020, 3/13/2020, 3/20/2020, 3/27/2020, 5/1/2020, 5/8/2020, 5/15/2020, 5/22/2020, 5/29/2020, 6/5/2020, 6/12/2020, 6/19/2020, 6/26/2020, 7/2/2020** | **Salary** |
| | Relationship to debtor **Member and Director** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Brooklyn Roasting Works, LLC**                                         Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | | | 11/1/2019, 12/2/2019, 1/6/2020, 1/31/2020, 2/28/2020, 5/4/2020, 6/10/2020, 6/26/2020, 7/30/2020, 8/17/2020, 9/25/2020, 10/14/2020 | |
| | **Michael Pollack** **55 Hudson Street, 8A** **New York, NY 10013** | **$21,126.95** | | **Interest and principal payments** |
| | Relationship to debtor **Member and Director** | | | |
| 30.5. | | | 10/1/2019, 10/29/2019, 12/2/2019, 1/3/2020, 1/31/2020, 3/8/2020, 3/31/2020, 5/4/2020, 6/10/2020, 7/10/2020, 8/6/2020, 9/2/2020, 10/14/2020 | |
| | **Michael Pollack** **55 Hudson Street, 8A** **New York, NY 10013** | **$89,056.41** | | **Interest payment on loan** |
| | Relationship to debtor **Member and Director** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Brooklyn Roasting Works, LLC** | Case number *(if known)* | |
|--------|-----------------------------------|--------------------------|--|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        **October 21, 2020**

**/s/ Thomas D Potter**                                             **Thomas D Potter**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor        **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

In re    **Brooklyn Roasting Works, LLC**
_____    Case No.    _____
                                    Debtor(s)

## **STATEMENT OF FINANCIAL AFFAIRS**
### **Attachment A**

### **James Munson Payment Dates**

10/18/2019, 10/25/2019, 10/26/2019, 11/1/2019, 11/2/2019, 11/8/2019, 11/9/2020, 11/15/2019, 11/16/2019, 11/22/2019, 11/23/2019, 11/29/2019, 11/30/2019, 12/6/2019, 12/7/2019, 12/13/2019, 12/14/2019, 12/20/2019, 12/21/2019, 12/27/2019, 12/28/2019, 1/3/2019, 1/4/2020, 1/10/2020, 1/11/2020, 1/17/2020, 1/18/2020, 1/24/2020, 1/25/2020, 1/31/2020, 2/1/2020, 2/7/2020, 2/8/2020, 2/14/2020, 2/15/2020, 2/21/2020, 2/22/2020, 2/28/2020, 2/29/2020, 3/6/2020, 3/7/2020, 3/13/2020, 3/14/2020, 3/20/2020, 3/21/2020, 3/27/2020, 3/28/2020, 4/3/2020, 4/4/2020, 4/10/2020, 4/11/2020, 4/17/2020, 4/18/2020, 4/24/2020, 4/25/2020, 5/1/2020, 5/2/2020, 5/8/2020, 5/9/2020, 5/15/2020, 5/16/2020, 5/22/2020, 5/23/2020, 5/29/2020, 5/30/2020, 6/5/2020, 6/6/2020, 6/12/2020, 6/13/2020, 6/19/2020, 6/20/2020, 6/26/2020, 6/27/2020, 7/3/2020, 7/4/2020, 7/10/2020, 7/11/2020, 7/17/2020, 7/18/2020, 7/24/2020, 7/25/2020, 7/31/2020, 8/1/2020, 8/7/2020, 8/8/2020, 8/14/2020, 8/15/2020, 8/21/2020/, 8/22/2020, 8/28/2020, 8/29/2020, 9/4/2020, 9/5/2020, 9/11/2020, 9/12/2020, 9/18/2020, 9/19/2020, 9/25/2020, 9/26/2020, 10/2/2020, 10/3/2020, 10/9/2020, 10/10/2020, 10/16/2020

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re  **Brooklyn Roasting Works, LLC**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 55,585.00 |
| Prior to the filing of this statement I have received | $ | 55,585.00 |
| Balance Due | $ | 0.00 |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 21, 2020** | **/s/ Tracy L. Klestadt** |
| *Date* | **Tracy L. Klestadt** |
| | *Signature of Attorney* |
| | **Klestadt Winters Jureller Southard & Stevens, LLP** |
| | **200 West 41st Street** |
| | **17th Floor** |
| | **New York, NY 10036-7203** |
| | **(212) 972-3000   Fax: (212) 972-2245** |
| | **tklestadt@klestadt.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Eastern District of New York

In re   **Brooklyn Roasting Works, LLC**

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Amanda Baird | | | |
| Andrew McDowell | | | |
| Ben Schippers | | | |
| Beth Josub | | | |
| Beth Schermer | | | |
| Catherine Bent | | | |
| Daniel Power | | | |
| David Dallis | | | |
| Elke Hofmann | | | |
| Emily Sheppard | | | |
| Ethan Herschenfeld | | | |
| Gail Flanery | | | |
| Jack Guttman | | | |
| James Berman | | | |

In re:  **Brooklyn Roasting Works, LLC**                                     Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **James Munson** | | | |
| **John O'Brien** | | | |
| **Joshua Samton** | | | |
| **Lochrie Capital Partners** | | | |
| **Mark Raisbeck** | | | |
| **Matthew Gale** | | | |
| **Meg Hodgkins** | | | |
| **Michael Pollack** | | | |
| **Paul Goodman** | | | |
| **Paul Lattanzio** | | | |
| **Philip Herschenfeld** | | | |
| **Philip Radiotes** | | | |
| **Phyllis Herschenfeld** | | | |
| **Rachel Moldauer** | | | |
| **Ray George** | | | |

List of equity security holders consists of 3 total page(s)

In re: **Brooklyn Roasting Works, LLC**

Case No.

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Rob Herschenfeld** | | | |
| **Sandy Stillman** | | | |
| **Scott Hahn** | | | |
| **Steven Jewett** | | | |
| **Tae Lee** | | | |
| **Thomas D Potter** | | | |
| **Todd Phin** | | | |
| **Vidrik Frankfather** | | | |
| **Vito Lombardo** | | | |
| **William Wachtel** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 21, 2020**          Signature **/s/ Thomas D Potter**

**Thomas D Potter**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re    **Brooklyn Roasting Works, LLC** _____    Case No. _____
                                          Debtor(s)        Chapter    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **October 21, 2020** _____      **/s/ Thomas D Potter** _____
                                                   **Thomas D Potter**/**Manager**
                                                   Signer/Title

Date:    **October 21, 2020** _____      **/s/ Tracy L. Klestadt** _____
                                                   Signature of Attorney
                                                   **Tracy L. Klestadt**
                                                   **Klestadt Winters Jureller Southard & Stevens, LLP**
                                                   **200 West 41st Street**
                                                   **17th Floor**
                                                   **New York, NY 10036-7203**
                                                   **(212) 972-3000   Fax: (212) 972-2245**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

25 Jay Street LLC
77 Box Street
Brooklyn, NY 11222


Amanda Baird
119 Towne St, 104
Stamford, CT 06902


Andrew McDowell
1158 Manhattan Ave
Brooklyn, NY 11222


Atlas Coffee Imports, Inc.
201 N 85th Street
Seattle, WA 98103


Audi Financial Services
PO Box Financial Services
Carol Stream, IL 60197-5215


Basin Haulage, Inc
PO Box 790058
Middle Village, NY 11379


Ben Schippers
16 Duffiled St.
Brooklyn, NY 11201


Beth Josub
88 S. 1st St., Apt 4A
Brooklyn, NY 11249


Beth Schermer
5101 Casa Blanca #12
Scotsdale, AZ 85253


Catherine Bent
30 Beaufort Rd., Apt 3
Jamaica Plain, MA 02130


CLW Distributors
79 G Express Street
Plainview, NY 11803

Cold Brew Ventures LLC
Back Bay Roasters & Brewers
10 Jewel Drive
Wilmington, MA 01887


Con Edison
4 Irving Place
New York, NY 10003


Cristian Soriano
28 Brighton 10th Path
Brooklyn, NY 11235


Daniel Power
424 16th St.
Brooklyn, NY 11215


David Dallis
93 Wall St
Kingston, NY 12401


Delfino Enriquez Torres
1291 Greene Ave, 3L
Brooklyn, NY 11237


Devin Therriault
356 Greene Avenue, 2R
Brooklyn, NY 11216


Elke Hofmann
423 Atlantic Ave, Apt 4D
Brooklyn, NY 11217


Emily Sheppard
701 Ramsey St. NE
Minneapolis, MN 55413


Ethan Herschenfeld
68 N. 3rd St.
Brooklyn, NY 11249


Gail Flanery
511 8th Street, Apt 1L
Brooklyn, NY 11215

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jack Guttman
Pearl Roasting Partners
202 Plymouth St
Brooklyn, NY 11201


Jackson Mitchell
228 Greene Avenue, 3
Brooklyn, NY 11238


James Munson
35 Broadway #4C
Brooklyn, NY 11249


John O'Brien
260 W 54th St, Apt 43J
New York, NY 10019


Joshua Samton
84 Mercer St.
New York, NY 10012


JP Morgan Chase
PO Box 9001022
Louisville, KY 40290-1022


Jurhidy Rodriguez Tavarez
9265 Shore Road, 3H
Brooklyn, NY 11209


Keffa Coffee Inc.
7 S High St
Baltimore, MD 21202


Leibensperger Law Firm
111 John Street, Suite 2510
New York, NY 10038

Lochrie Capital Partners
Drew Baird
88 Seminary St
New Canaan, CT 06840


Mark Raisbeck
17 Hotchkiss Lane
Madison, CT 06443


Martin Ray
218 74th Street, B5
Brooklyn, NY 11209


Matthew Gale
2024 17th St
Sacramento, CA 95818


Meg Hodgkins
359 Pork Point Rd
Bowdoinham, ME 04008


Michael Pollack
55 Hudson Street, 8A
New York, NY 10013


Michael Pollack


Miles Ventura
44 Clifford Street
Lynbrook, NY 11563


Mirka Guzman
1158 Dekalb Ave, 1L
Brooklyn, NY 11221


Nelly Guzman
1158 Dekalb Ave, 1L
Brooklyn, NY 11221


New York City Economic Development Corp.
One Liberty Plaza
New York, NY 10006

NYC Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038


NYS Dept. of Tax & Finance
POB 5300
Bankruptcy Unit
Albany, NY 12205-0300


NYS Dept. Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus
Albany, NY 12227


Office of the Attorney General
The Capitol
Albany, NY 12224-0341


Office of the Attorney General
55 Hanson Place Suite 1080
Brooklyn, NY 11217-1523


Office of the Corporation Counsel
Attn: James E. Johnson
100 Church St
New York, NY 10007


Omar Ventura
80 N Centre Ave
Rockville Centre, NY 11570


Pain D'Avignon III Ltd.
PO Box 1872
Long Island City, NY 11101


Paul Goodman
Pier 79/451 12th St
New York, NY 10018


Paul Lattanzio
7 Lincoln Woods
Purchase, NY 10577

Philip Herschenfeld
167 E. 67th St.
New York, NY 10065

Philip Radiotes
1726 Grove St #1
Ridgewood, NY 11385

Phyllis Herschenfeld
304 Boerum St., Apt 21
Brooklyn, NY 11206

Rachel Moldauer
98 Wyckoff St Apt 2L
Brooklyn, NY 11201

Ray George
313 Hicks St., #3
Brooklyn, NY 11201

Renhan Su
143-29 Roosevelt Ave, Floor 2
Flushing, NY 11354

RGC Coffee
1330 Greene Avenue, 2nd Floor
Westmount, Quebec H3Z 2B1

Richard Bergeron
181 Skillman Ave, 1
Brooklyn, NY 11211

Richard Turner
6224 Fort Hamilton Pkwy, Apt B11
Brooklyn, NY 11219

Rob Herschenfeld
304 Boerum St., Apt 21
Brooklyn, NY 11206

Royal New York
661 Hadley Road
South Plainfield, NJ 07080

Sandy Stillman
175 W 12th St., 5L
New York, NY 10011

Scott Hahn
148 N. 10th St, 6D
Brooklyn, NY 11249

Seon Wilson
1700 Palisade Avenue, 2nd Floor
Union City, NJ 07087

Steven Jewett
1868 E. 35th St.
Brooklyn, NY 11234

Sustainable Harvest Coffee Imports
322 NW 8th Ave
Portland, OR 97209

Tae Lee
50-41 203rd Street
Oakland Gardens, NY 11364

TD Bank
PO Box 9223
Farmington Hills, MI 48333

Thomas D Potter
349 Degraw Street #3
Brooklyn, NY 11231

Todd Phin
25 Lincoln Pl, Apt 1
Brooklyn, NY 11217

Tshesofatso Ragophala
334 Decatur Street
Brooklyn, NY 11233

United States Attorney's Office
Eastern District of New York
Attn: James R. Cho
271-A Cadman Plaza East
Brooklyn, NY 11201-1820

Victor Estrada
208 East 25th Street, 33
New York, NY 10010

Vidrik Frankfather
2054 Benvenue Ave
Berkeley, CA 94705

Vito Lombardo
100 Jay St., 14 #C
Brooklyn, NY 11201

Wells Fargo
PO Box 1433
Des Moines, IA 50306-1433

William Wachtel
341 Whippoorwill Rd
Chappaqua, NY 10514

# United States Bankruptcy Court
## Eastern District of New York

In re   **Brooklyn Roasting Works, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Brooklyn Roasting Works, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 21, 2020**

Date

**/s/ Tracy L. Klestadt**

**Tracy L. Klestadt**

Signature of Attorney or Litigant

Counsel for   **Brooklyn Roasting Works, LLC**

**Klestadt Winters Jureller Southard & Stevens, LLP**

**200 West 41st Street**
**17th Floor**
**New York, NY 10036-7203**
**(212) 972-3000 Fax:(212) 972-2245**
**tklestadt@klestadt.com**

**WRITTEN CONSENT**
**OF THE MANAGING MEMBER OF**
**BROOKLYN ROASTING WORKS LLC**

The undersigned managing member of **Brooklyn Roasting Works LLC d/b/a Brooklyn Roasting Company** (the "Company"), a New York limited liability company, adopted the following resolutions by unanimous written consent in lieu of a meeting:

Following a review, discussion and careful consideration of the Company's financial condition;

**WHEREAS,** in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Subchapter V of Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); it is hereby

**RESOLVED,** that the Company be, and hereby is, authorized to file a Petition for relief under the Bankruptcy Code, in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and it is

**FURTHER RESOLVED,** that the Company be, and hereby is, authorized to cause the filing of petitions for relief under the Bankruptcy Code in the Bankruptcy Court and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing, for each of its following subsidiary entities: (i) BRC Powerplant LLC, (ii) BRC Powerplant Building 123, LLC, (iii) BRC Powerplant 45 Washington, LLC, and (iv) Brooklyn Roasting Company Powerplant LLC (collectively, the "Petitions"); and it is

**FURTHER RESOLVED,** that Thomas Potter ("Manager"), shall be, and hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to: (a) prepare, execute and verify the Petitions and all other ancillary documents, and cause the Petitions to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to the Petitions or ancillary documents, in his discretion, that he deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions; (b) prepare, execute, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and (c) prepare, execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 cases, including without limitation prepare the Company's plan and reporting requirements of Subchapter V of Chapter 11 case, as required by applicable bankruptcy rules and United States Trustee Guidelines, in such form or forms as they may approve in their reasonable discretion;

**FURTHER RESOLVED,** that the Manager, shall be, and is, authorized, directed and empowered to retain, on behalf of the Company, Klestadt Winters Jureller Southard & Stevens, LLP, as general bankruptcy counsel in connection with the Company's chapter 11 cases and other related matters, on such terms as the Manager may approve in his reasonable discretion;

1

**FURTHER RESOLVED**, that the Manager be, and hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to retain such other professionals as may be necessary, in his reasonable discretion, to assist the Company in its chapter 11 cases.

**FURTHER RESOLVED**, that the firms set forth above and any additional professionals selected by the Manager be, and hereby are, authorized, empowered and directed to represent the Company, as debtor, in connection with any chapter 11 case commenced by it under the Bankruptcy Code;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken or to be taken in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed and approved.

**IN WITNESS WHEREOF**, the undersigned, being the Managing Member of the Company, does hereby execute this consent as of October 19, 2020.

MANAGER AND MEMBER:

*/s/ Thomas D. Potter*
Thomas D. Potter

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   Brooklyn Roasting Works, LLC          **CASE NO.:** _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:      JUDGE:      DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **BRC Powerplant 45 Washington, LLC**

CASE STILL PENDING (Y/N):   **Y**      *[If closed]* Date of closing:

  CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Subsidiary**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:      JUDGE:      DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **BRC Powerplant Building 123, LLC**

CASE STILL PENDING (Y/N):   **Y**      *[If closed]* Date of closing:

  CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Subsidiary**

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.:        JUDGE:        DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **BRC Powerplant, LLC**

CASE STILL PENDING (Y/N):        **Y**                *[If closed]* Date of closing:

 CURRENT STATUS OF RELATED CASE: _____
                                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  **Subsidiary** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:

4. CASE NO.:        JUDGE:        DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **Brooklyn Roasting Company Powerplant, LLC**

CASE STILL PENDING (Y/N):        **Y**                *[If closed]* Date of closing:

 CURRENT STATUS OF RELATED CASE: _____
                                                (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  **Subsidiary** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE:

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  __**Y**___

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

DISCLOSURE OF RELATED CASES (cont'd)

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Tracy L. Klestadt**
_____
**Tracy L. Klestadt**
Signature of Debtor's Attorney
**Klestadt Winters Jureller Southard & Stevens, LLP**
**200 West 41st Street**
**17th Floor**
**New York, NY 10036-7203**
**(212) 972-3000 Fax:(212) 972-2245**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy